# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ROBERTA BLOOM, et al.,** | : |
| | : **Case No. 2:20-cv-04534** |
| Plaintiffs, | : |
| | : **CHIEF JUDGE ALGENON L. MARBLEY** |
| v. | : |
| | : **Magistrate Judge Jolson** |
| **MICHAEL J. ANDERSON, et al.,** | : |
| | : |
| Defendants, | : |
| | : |
| **FIRSTENERGY CORP.,** | : |
| | : |
| Nominal Defendant. | : |

| | |
|---|---|
| **NANCY G. STAVELY,**[1] | : |
| | : **Case No. 2:20-cv-04598** |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| **MICHAEL J. ANDERSON, et al.,** | : |
| | : |
| Defendants, | : |
| | : |
| **FIRSTENERGY CORP.,** | : |
| | : |
| Nominal Defendant. | : |

*Captions continued on next page.*

---

[1] Plaintiff in this case filed notice of voluntary dismissal without prejudice on November 2, 2020. (No. 2:20-cv-04598, ECF No. 5).

1

| | |  |
|---|---|---|
| **EMPLOYEES RETIREMENT SYSTEM OF THE CITY OF ST. LOUIS,** | : : | **Case No. 2:20-cv-04813** |
| Plaintiff, | : : | |
| v. | : : | |
| **CHARLES E. JONES, et al.,** | : : | |
| Defendants, | : : | |
| **FIRSTENERGY CORP.,** | : : | |
| Nominal Defendant. | : : | |

| | | |
|---|---|---|
| **ALAN BECK,** | : : | **Case No. 2:20-cv-05020** |
| Plaintiff, | : : | |
| v. | : : | |
| **MICHAEL J. ANDERSON, et al.,** | : : | |
| Defendants, | : : | |
| **FIRSTENERGY CORP.,** | : : | |
| Nominal Defendant. | : : | |

*Captions continued on next page.*

2

| | |
|---|---|
| **ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W.**, : : **Plaintiff,** : : v. : : **MICHAEL J. ANDERSON, et al.,** : : **Defendants,** : : **FIRSTENERGY CORP.,** : : **Nominal Defendant.** : | **Case No. 2:20-cv-05128** |
| **NICOLA SARNELLI,** : : **Plaintiff,** : : v. : : **MICHAEL J. ANDERSON, et al.,** : : **Defendants,** : : **FIRSTENERGY CORP.,** : : **Nominal Defendant.** : | **Case No. 2:20-cv-05192** |

*Captions continued on next page.*

3

| | |
|---|---|
| **MASSACHUSETTS LABORERS PENSION FUND,** : <br> : Case No. 2:20-cv-05237 <br> Plaintiff, : <br> : <br> v. : <br> : <br> **CHARLES E. JONES, et al.,** : <br> : <br> Defendants, : <br> : <br> **FIRSTENERGY CORP.,** : <br> : <br> Nominal Defendant. : | |

_____

| | |
|---|---|
| **THE CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT,** : <br> : Case No. 2:20-cv-05529 <br> Plaintiff, : <br> : <br> v. : <br> : <br> **MICHAEL J. ANDERSON, et al.,** : <br> : <br> Defendants, : <br> : <br> **FIRSTENERGY CORP.,** : <br> : <br> Nominal Defendant. : | |

_____

| | |
|---|---|
| **JAMES ATHERTON,** : <br> : Case No. 2:20-cv-05610 <br> Plaintiff, : <br> : <br> v. : <br> : <br> **MICHAEL J. DOWLING, et al.,** : <br> : <br> Defendants, : <br> : <br> **FIRSTENERGY CORP.,** : <br> : <br> Nominal Defendant. : | |

4

**ORDER**

Plaintiff James Atherton filed a derivative action against the directors and officers of FirstEnergy Corp. in the Southern District of Ohio on October 27, 2020. (No 2:20-cv-05610, ECF No. 1). The Court determined that this action is related to the other derivative actions in the Southern District on November 2, 2020. (*Id.*, ECF No. 5).

The Court hereby notifies Plaintiff Atherton of a hearing scheduled for **Monday, November 9, 2020 at 2:00 p.m.** before the Honorable Algenon L. Marbley, via video conference virtual courtroom. This hearing will resolve pending motions to consolidate the cases, to appoint lead plaintiff, and to appoint lead counsel. The call-in information for interested parties, the media, and the general public is: 1-646-749-3112, Access Code: 347-407-869. Invitation information for the GoToMeeting video conference will be sent to counsel of record for the parties.

**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: November 3, 2020**