IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| EMPLOYEES RETIREMENT SYSTEM OF THE CITY OF ST. LOUIS, *et al.*, | : |
| Plaintiffs, | : Case No. 2:20-cv-4813 |
| v. | : Chief Judge Algenon L. Marbley |
| | : Magistrate Judge Kimberly A. Jolson |
| CHARLES E. JONES, *et al.*, | : |
| Defendants, | : |
| FIRSTENERGY CORP., | : |
| Nominal Defendant. | : |

## ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion to Continue Final Fairness Hearing Date (ECF No. 177). For good cause shown, Plaintiffs' Motion is **GRANTED**, and the Fairness Hearing originally scheduled for July 21, 2022, is continued to **August 4, 2022**, at the same time and location. All dates and deadlines set forth in the Court's Order of Preliminary Settlement Approval (ECF No. 176) shall be calculated from the revised Fairness Hearing date.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: May 12, 2022**

-1-