# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| EMPLOYEES RETIREMENT SYSTEM OF THE CITY OF ST. LOUIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES E. JONES, et al., <br><br> Defendants, <br><br> and <br><br> FIRSTENERGY CORP., <br><br> Nominal Defendant. | Case No. 2:20-cv-04813 <br><br> Chief Judge Algenon L. Marbley <br><br> Magistrate Judge Kimberly A. Jolson <br><br> JURY TRIAL DEMANDED |

## TRANSMITTAL DECLARATION OF JOHN C. CAMILLUS

I, John C. Camillus, hereby declare as follows:

1. I am a member in good standing of the bar of the State of Ohio and am admitted to practice before this Court.

2. Attached as Exhibits 2 through 40 to Plaintiff's Motion for Final Approval of Settlement, an Award of Attorneys' Fees and Expenses, and Plaintiff Service Awards are true and correct copies of the following documents:

| EXHIBIT | DOCUMENT DESCRIPTION |
|---|---|
| 2 | Joint Declaration of Jeroen van Kwawegen and Thomas Curry |
| 3 | Stipulation and Agreement of Settlement w/ Exhibit A |
| 4 | Declaration of Professor Jeffrey N. Gordon |
| 5 | Declaration of Layn R. Phillips |

-1-

| EXHIBIT | DOCUMENT DESCRIPTION |
|---|---|
| 6 | Declaration of Jeroen van Kwawegen Filed on Behalf of Bernstein Litowitz Berger & Grossman LLP in Support of Plaintiffs' Motion for Final Approval of Settlement and Request for Attorneys' Fees and Expenses |
| 7 | Declaration of Thomas Curry Filed on Behalf of Saxena White P.A. in Support of Plaintiffs' Motion for Final Approval of Settlement and Request for Attorneys' Fees and Expenses |
| 8 | Declaration of Steven J. Toll Filed on Behalf of Cohen Milstein & Toll PLLC in Support of Plaintiffs' Motion for Final Approval of Settlement and Request for Attorneys' Fees and Expenses |
| 9 | Declaration of John C. Camillus Filed on Behalf of The Law Offices of John C. Camillus, LLC in Support of Plaintiffs' Motion for Final Approval of Settlement and Request for Attorneys' Fees and Expenses |
| 10 | Declaration of Michael J. Hynes Filed on Behalf of Hynes & Hernandez, LLC in Support of Plaintiffs' Motion for Final Approval of Settlement and Request for Attorneys' Fees and Expenses |
| 11 | Declaration of Seamus Kaskela Filed on Behalf of Kaskela Law LLC in Support of Plaintiffs' Motion for Final Approval of Settlement and Request for Attorneys' Fees and Expenses |
| 12 | Declaration of Matthew R. Wilson in Support of Plaintiffs' Motion for Final Approval of Settlement and Request for Attorneys' Fees and Expenses |
| 13 | Declaration of Marc H. Edelson Filed on Behalf of Edelson Lechtzin in Support of Plaintiffs' Motion for Final Approval of Settlement and Request for Attorneys' Fees and Expenses |
| 14 | Declaration of Paul J. Scarlato Filed on Behalf of Rosca Scarlato, LLC and Goldman Scarlato & Penny, P.C. in Support of Plaintiffs' Motion for Final Approval of Settlement and Request for Attorneys' Fees and Expenses |
| 15 | Declaration of Michael I. Fistel, Jr. Filed on Behalf of Johnson Fistel, LLP in Support of Plaintiffs' Motion for Final Approval of Settlement and Request for Attorneys' Fees and Expenses |
| 16 | Declaration of George W. Cochran Filed on Behalf of The Law Office of George W. Cochran in Support of Plaintiffs' Motion for Final Approval of Settlement and Request for Attorneys' Fees and Expenses |

| **EXHIBIT** | **DOCUMENT DESCRIPTION** |
|---|---|
| 17 | Declaration of Thomas J. Connick, Esq. Filed on Behalf of Connick Law, LLC in Support of Plaintiffs' Motion for Final Approval of Settlement and Request for Attorneys' Fees and Expenses |
| 18 | Declaration of Michael P. Donovan on behalf of Co-Lead Plaintiff Electrical Workers Pension Fund, Local 103, I.B.E.W. |
| 19 | Declaration of Denise M. Droege on Behalf of Co-Lead Plaintiff Employees Retirement System of the City of St. Louis |
| 20 | Declaration of Nathan Goldstein on Behalf of Plaintiff Massachusetts Laborers Pension Fund |
| 21 | Declaration of Jennifer L. Miller |
| 22 | Declaration of Robert Sloan in Support of Plaintiffs' Motion for Final Approval of Settlement and Request for Attorneys' Fees and Expenses and Plaintiff Service Awards |
| 23 | Declaration of John Gendrich in Support of Plaintiffs' Motion for Final Approval of Settlement and Request for Attorneys' Fees and Expenses and Plaintiff Service Awards |
| 24 | FirstEnergy Corp., Form 8-K (June 17, 2022) |
| 25 | Order After Hearing and Judgment on (1) Motion for Final Approval of Derivative Settlement and (2) Motion for Award of Attorneys' Fees and Expenses, *In re Alphabet Inc., Shareholder Derivative Litigation*, Lead Case No. 19CV341522 (Cal. Super. Ct., Santa Clara Cnty. Nov. 30, 2020) |
| 26 | Transcript of Settlement Proceedings, *In re Community Health System, Inc. Shareholder Derivative Litigation*, No. 3:11-cv-00489 (M.D. Tenn. Jan. 17, 2017) (Transcript) |
| 27 | Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Settlement, *In re Cardinal Health, Inc. Derivative Litigation*, No. 2:19-cv-2491 (S.D. Ohio, May 25, 2022), ECF No. 100 |
| 28 | Settlement Hearing and Ruling of the Court, *In re Boeing Company Derivative Litigation*, C.A. No. 2019-0907-MTZ (Del. Ch. Feb. 23, 2022) (TRANSCRIPT) |
| 29 | Supplemental Brief in Support of Plaintiffs' Motion for Preliminary Approval of Settlement, *In re Wells Fargo & Company Shareholder Derivative Litigation*, No. 4:16-cv-05541-JST (N.D. Cal. Apr. 2, 2019), ECF No. 272 |

| EXHIBIT | DOCUMENT DESCRIPTION |
|---|---|
| 30 | Memorandum of Law in Support of Class Counsel's Motion for an Award of Attorneys' Fees and Expenses and Award of Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4), *Grae v. Corr. Corp. of Am.*, No. 3:16-CV-02267, ECF No. 469 |
| 31 | Order Approving Derivative Settlement and Order of Dismissal with Prejudice, *In re Community Health Sys., Inc. Shareholder Litigation*, No. 3:11-cv-00489 (M.D. Tenn. Jan. 17, 2017), ECF No. 274 |
| 32 | Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and the Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Award to the Lead Plaintiff Pursuant to 10 U.S.C. §77z-1(a)(4), *Schuh v. HCA Holdings, Inc.*, No. 3:11-CV-01033 (M.D. Tenn. Mar. 7, 2016), ECF No. 540 |
| 33 | Settlement Hearing and Rulings of the Court, *Cumming v. Edens, et al.*, C.A. No. 13007-VCS (Del. Ch. July 31, 2019) (TRANSCRIPT) |
| 34 | Hearing on Plaintiff's Motion to Approve Settlement and For Attorneys Fees and Expenses and the Court's Ruling, *City of Monroe Employees' Retirement System v. Murdoch, et al.*, C.A. No. 2017-0833-AGB (Del. Ch. Feb. 9, 2018) (TRANSCRIPT) |
| 35 | Final Judgment and Order Approving Derivative Action Settlement, *In re McKesson Corp. Derivative Litigation,* No. 4:17-cv-01850-CW (N.D. Cal. Mar. 17, 2020), ECF No. 231 |
| 36 | Granted Stipulation and Order of Dismissal, *In re Facebook Inc. Class C Reclassification Litigation*, C.A. No. 12286-VCL (Del. Ch. Oct. 24, 2018) |
| 37 | Order Concerning Motion for Award of Attorneys' Fees and Expenses, *In re Alphabet Inc., Shareholder Deriv. Litigation*, Lead Case No. 19CV341522 (Cal. Super. Ct., Santa Clara Cnty. Feb. 5, 2021) |
| 38 | Settlement Hearing and Ruling of the Court Transcript, *In re Google Inc. Class C Shareholder Litigation*, Cons. C.A. No. 7469–CS (Del. Ch. Oct. 28, 2013) |
| 39 | Letter Opinion, *In re Yahoo! Shareholders Litigation*, C.A. 3561–CC (Del. Ch. Mar. 6, 2009) |
| 40 | [Proposed] Final Judgment Approving Settlement and Order of Dismissal |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of July, 2022

                                                   */s/ John C. Camillus*
                                                  John C. Camillus (0077435)