# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| EMPLOYEES RETIREMENT SYSTEM OF THE CITY OF ST. LOUIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES E. JONES, et al.,<br><br>Defendants,<br><br>and<br><br>FIRSTENERGY CORP.,<br><br>Nominal Defendant. | Case No. 2:20-cv-04813<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Kimberly A. Jolson |

## TODD AUGENBAUM'S MOTION FOR RECONSIDERATION

Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure or, in the alternative, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, Objector Todd Augenbaum hereby moves for reconsideration of the Court's Order of Final Settlement Approval (the "Order") (ECF No. 195.

This Motion is supported by the accompanying Memorandum of Law, the accompanying Declaration of W.B. Markovits, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

Dated: September 20, 2022

/s/     *W.B. Markovits*
W. B. Markovits, Esq. (0018514)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, Ohio 45202
(513) 651-3700 – Telephone
(513) 665-0219 – Facsimile
E-mail: BMarkovits@msdlegal.com

1

                                        Jeffrey S. Abraham (*pro hac vice* forthcoming)
                                        Michael J. Klein (*pro hac vice* forthcoming)
                                        **ABRAHAM, FRUCHTER & TWERSKY, LLP**
                                        450 Seventh Avenue, 38th Floor
                                        New York, NY 10123
                                        (212) 279-5050 – Telephone
                                        (212) 279-3655 – Facsimile
                                        E-mail: jabraham@aftlaw.com
                                        E-mail: mklein@aftlaw.com

                                        *Counsel for Todd Augenbaum*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 20, 2022, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        /s/   *W.B. Markovits*
                                        W. B. Markovits, Esq. (0018514)